UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>NORMA D WOODARD | CASE NO: 05-36154<br>(Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 3 | GMAC RESCAP<br>ATTN MC#507-345-110<br>3451 HAMMOND AVE<br>WATERLOO, IA  50702 | 749.31 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service               05-36154

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

NORMA D WOODARD
4173 MEADOWDALE DRIVE
DAYTON, OH  45416

JEFFREY P ALBERT
4403 N MAIN ST
DAYTON, OH  45405

(20.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(3.1)
GMAC RESCAP
ATTN MC#507-345-110
3451 HAMMOND AVE
WATERLOO, IA  50702

(3.3)
JOEL K JENSEN
LERNER SANPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45202

(15.1n)
JP MORGAN CHASE BANK
ATTN BANKRUPTCY DEPT
BOX 3155
MILWAUKEE, WI  53201

(1007.1n)
VATIV RECOVERY SOLUTIONS
PO BOX 19249
SUGAR LAND, TX  77496

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner        cs